THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTHONY KALKIEWICZ, Appellant.

(Argued October 6, 1930; decided October 21, 1930.)

*Gerald J. Shields* and *Valentine E. O'Grady* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.